UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RAJENDRAKUMAR AMRUTLAL PATEL,**

**Petitioner,**

**v.** **Case No. 5:26-cv-848-CEM-PRL**

**SECRETARY MARKWAYNE MULLIN, TODD BLANCHE, JOSEPH B. EDLOW, GREGORY W. KEHOE and UNITED STATES OF AMERICA,**

**Respondents.**
_______________________________/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review. To facilitate compliance with the Local Rules, it is **ORDERED** as follows:

1. Within **fourteen days** from the date of this Order, or if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party shall:

   a. Comply with Local Rule 3.03 and file a Disclosure Statement in the form provided on Judge Mendoza's page on the Middle District of Florida website. Each party has a continuing obligation to file and serve an amended Disclosure Statement

within **fourteen days** of discovering any ground for amendment, conflict of interest, recusal, or disqualification of the judicial officer.

b. Comply with Local Rule 1.07(c) and file a Notice of Pendency of Other Actions in the form on Judge Mendoza's page on the Middle District of Florida website.

2. In accordance with Federal Rule of Civil Procedure 16 and Local Rule 3.02(d)(1), a special scheduling order will be issued separately.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties