UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RAJENDRAKUMAR AMRUTLAL PATEL,**

**Petitioner,**

**v.** **Case No. 5:26-cv-848-CEM-PRL**

**SECRETARY MARKWAYNE MULLIN, TODD BLANCHE, JOSEPH B. EDLOW, GREGORY W. KEHOE and UNITED STATES OF AMERICA,**

**Respondents.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party